THE PEOPLE, ex rel. ISAAC EVANS, Appellant, *v.* THE BOARD OF COMMISSIONERS OF PUBLIC WORKS, Respondent.

THE PEOPLE, ex rel. BELTON, Appellant, *v.* SAME RESPONDENT.

(Argued February 3, 1882; decided February 10, 1882.)

*Nelson J. Waterbury* for appellants.

*D. J. Dean* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

───────────

PETER H. YOUNG, Appellant, *v.* CAROLINE C. CUDDY et al., Executors, etc., Respondents.

(Argued February 9, 1882; decided February 10, 1882.)

*Hamilton Harris* for appellant.

*M. H. Herschberg* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

───────────

IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE ATLANTIC MUTUAL LIFE INSURANCE COMPANY.

SAME *v.* SAME.

(Argued January 31, 1882; decided February 10, 1882.)

*William Barnes* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.